```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
        -------------------------------:

UNITED STATES OF AMERICA,           : Case No.:24-MJ-1392

                    Plaintiff,       :

        -against-                    :

JAMAAL WADE,                         : New York, New York

                    Defendant.       : April 25, 2024

        -------------------------------:
```


            TRANSCRIPT AND STATUS CONFERENCE HEARING

            BEFORE THE HONORABLE BARBARA MOSES

                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

```
For Plaintiff:      UNITED STATES ATTORNEY'S OFFICE
                    SOUTHERN DISTRICT OF NEW YORK
                    BY:  Getzel Berger, AUSA
                    26 Federal Plaza - 37th Floor
                    New York, New York 10278

For Defendant:      FEDERAL DEFENDERS OF NEW YORK INC.
                    BY:  Mark B. Gombiner, Esq.
                    52 Duane Street - 10th Floor
                    New York, New York 10007
```


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.


        AMM TRANSCRIPTION SERVICE  631.334.1445

1          THE DEPUTY CLERK:  The Court now calls the

2    United States of America v. Jamaal Wade; case

3    number: 24-MAG-1392.

4          Counsel, please make your appearances for

5    the record.

6          MR. BERGER:  For the United States, Getzel

7    Berger.  Good afternoon, your Honor.

8          THE COURT:  Good afternoon, Mr. Berger.

9          MR. GOMBINER:  And Mark Gombiner, Federal

10   Defenders, for Mr. Wade.  Good afternoon, Judge.

11         THE COURT:  Good afternoon, Mr. Gombiner.

12   Good afternoon, Mr. Wade.  I am Judge Moses.

13         May I have the date and time of the

14   defendant's arrest, please.

15         MR. BERGER:  Yes, April 7, 2024, at

16   approximately 8:30 a.m. in Fort Lauderdale, Florida.

17   The defendant was presented on April 8th before

18   Magistrate Judge Patrick Hunt in the Southern

19   District of Florida, where he consented to removal.

20         THE COURT:  And he came on the airlift

21   yesterday?

22         MR. BERGER:  Correct.

23         THE COURT:  All right.

24         MR. BERGER:  And I have the orders from

25   Florida, if your Honor wants those.

           AMM TRANSCRIPTION SERVICE  631.334.1445

1        THE COURT:  I have those.  Thank you very

2   much.

3        I understand that English is your first

4   language, but can you just confirm through the

5   record that you speak and understand English,

6   Mr. Wade?

7        THE DEFENDANT:  Yes, your Honor.

8        THE COURT:  Thank you very much.

9        The purpose of today's proceeding, which

10  may be familiar to you because I know that you were

11  presented initially in a different court -- the

12  purpose of today's proceeding is to advise you of

13  certain rights that you have, inform you of the

14  charges against you, consider whether counsel shall

15  be appointed for you here in New York, and decide

16  under what conditions, if any, you shall be released

17  pending trial.

18        I'm going to begin by explaining some of

19  your constitutional rights.

20        You have the right to remain silent.  You

21  are not required to make any statements.  Even if

22  you've already made statements to the authorities,

23  you do not need to make any further statements.  Any

24  statements that you do make can be used against you.

25        You have the right to be released either

1    conditionally or unconditionally pending trial,

2    unless I determine that there are no conditions that

3    would reasonably assure your presence in court when

4    required and the safety of the community.

5         If you are a foreign national -- which I

6    don't think you are, but I need to tell everybody

7    this -- if you are a foreign national, you have the

8    right to request that a consular officer from your

9    country of origin be notified of your arrest.  In

10    some cases, a treaty or other agreement may require

11    the U.S. government to give that notice, whether you

12    request it or not.

13         You have the right to be represented by an

14    attorney during all court proceedings, including

15    this one, and during any questioning by the

16    authorities.  If you cannot afford an attorney, I

17    will appoint one today to represent you.

18         Do we have a financial affidavit?

19         Thank you.

20         My deputy has handed me a financial

21    affidavit with your name on it, Mr. Wade.  Can you

22    confirm that that's your signature at the bottom?

23         THE DEFENDANT:  Yes, your Honor.

24         THE COURT:  Thank you very much.

25         This serves as your application for the

1    appointment of counsel.  It is submitted under

2    penalty of perjury.  In other words, in a minute I'm

3    going to ask you to swear to it.  What that means is

4    that you can be charged with perjury if you make any

5    intentionally false statement on the form.

6              Is there anything that you would like to

7    add to or change on the form before I ask you to

8    raise your right hand?

9              THE DEFENDANT:  No, your Honor.

10             THE COURT:  Please raise your right hand.

11             Do you solemnly swear or affirm that the

12   statements made on your financial affidavit are true

13   and correct?

14             THE DEFENDANT:  Yes, your Honor.

15             THE COURT:  Thank you.  Reviewing the form

16   now.

17             Based on the information on your financial

18   affidavit, I am approving the application and

19   appointing counsel to represent you.

20             Here you go, Ms. King.

21             I have before me a copy of the complaint in

22   your case.  Let me just review the charges for you.

23   You are charged in Count One with receipt and

24   distribution of child pornography, in violation of

25   Title 18 of the United States Code, §§ 2252A (2)(B)

 1     and (b)(1).  And you are charged in Count Two with

 2     possession of child pornography, in violation of

 3     Title 18 of the U.S. Code, §§ 2258A (a)(5)(B) and

 4     (b)(2).

 5                Counsel, have you received a copy of the

 6     complaint and had an opportunity to review it with

 7     your client?

 8                MR. GOMBINER:  Yes, I have, your Honor, and

 9     we waive its public reading.

10                THE COURT:  Thank you very much.

11                Because you are charged by complaint,

12     Mr. Wade, you have the right to a preliminary

13     hearing.  At the preliminary hearing, the government

14     will have the burden of establishing that there is

15     probable cause to believe that the crime for which

16     you are being charged has been committed, and that

17     you are the person who committed it.

18                If you are in custody, you have a right to

19     that hearing within 14 days.  If you are not in

20     custody, you have a right to that hearing within 21

21     days.  However, no hearing will be held if you are

22     indicted or if an information is filed against you

23     by the government before the date of the preliminary

24     hearing.  I will set a preliminary hearing date at

25     the conclusion of these proceedings.  But before

 1  that, let me turn to the question of bail or

 2  detention.

 3          Do I understand that the defendant is

 4  consenting to detention?

 5          MR. GOMBINER:  Yeah, we're reserving on any

 6  bail application.

 7          THE COURT:  All right.

 8          What that means, Mr. Wade, is that you will

 9  be detained at present without prejudice to your

10  right to make a bail application, should you choose

11  to do so in the future.

12          Let's see if we have anything further to do

13  today.  Preliminary hearing date.

14          MR. GOMBINER:  We're going to waive to the

15  30th day.

16          THE COURT:  The 30th day is May the 24th,

17  so I will set your preliminary hearing date at May

18  24, 2024.

19          Anything further from the government?

20          MR. BERGER:  No, Judge.  Thank you.

21          THE COURT:  From the defense?

22          MR. GOMBINER:  No, your Honor.  Thank you.

23          THE COURT:  Thank you, Counsel.

24                          0o0

25


     AMM TRANSCRIPTION SERVICE   631.334.1445

1

2                C E R T I F I C A T E

3

4         I, Adrienne M. Mignano, certify that the

5    foregoing transcript of proceedings in the case of

6    USA v. Jamaal Wade, Docket #23-MAG-1392 was

7    prepared using digital transcription software and is

8    a true and accurate record of the proceedings.

9

10

11   Signature   _Adrienne M. Mignano_

12              ADRIENNE M. MIGNANO, RPR

13

14   Date:      July 3, 2024

15

16

17

18

19

20

21

22

23

24

25